IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TODD TYLER MAST, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 18-4300 |
| NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security, | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 26th day of April, 2019, upon consideration of Plaintiff's Request for Review (Doc. No. 15) and the Defendant's Response thereto (Doc. No. 16), IT IS HEREBY ORDERED that:

1. Plaintiff's Request for Review is DENIED;

2. JUDGMENT IS ENTERED in favor of Defendant; and

3. The Clerk of the Court shall mark this case CLOSED.

        BY THE COURT:


        */s/ Marilyn Heffley*
        MARILYN HEFFLEY
        UNITED STATES MAGISTRATE JUDGE